# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 2:20-cr-95
                                       JUDGE SARAH D. MORRISON

LARRY DEAN PORTER, ET AL.,

    Defendants.

## ORDER

The Revised Scheduling Order (ECF No. 308), has been filed with incorrect trial dates. That Revised Scheduling Order dated 2/18/2022 is hereby **VACATED**. The Court establishes the following trial schedule:

    A telephone status conference is scheduled for **June 3, 2022 at 10:00 a.m.**
    All Pretrial Motions, including *motions in limine*, shall be filed on or before **July 18, 2022**. Motions may not exceed ten (10) pages.
    Joint Jury Instructions, with objections, the grounds therefore and alternative language clearly marked, shall be filed on or before **August 5, 2022**. A copy shall also be e-mailed to Morrison_Chambers@OHSD.uscourts.gov in Word format with all counsel copied on the e-mail.
    Responses to all Pretrial Motions shall be filed on or before **July 25, 2022**. Responses are limited to ten (10) pages.
    No reply memoranda are permitted without leave of court.
    Final Pretrial Conference is rescheduled for **August 2, 2022 at 2:00 p.m.**
    Jury Trial is rescheduled for **August 15, 2022 at 9:00 a.m. in Courtroom #132**.
    A Back-Up Trial date is scheduled for **October 17, 2022 at 9:00 a.m. in Courtroom #132.**

    IT IS SO ORDERED.

                                                  /s/ Sarah D. Morrison
                                                  **SARAH D. MORRISON**
                                                  **UNITED STATES DISTRICT JUDGE**